United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 20, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30385
Summary Calendar

_____

ERIC LARA, SR.,

                                        Plaintiff-Appellant,

versus

RICHARD L. STADLER; WASHINGTON CORRECTIONAL
INSTITUTE; C. PAUL PHELPS CORRECTIONAL CENTER;
ALLEN CORRECTIONAL CENTER; WACKENHUT CORPORATION,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 03-CV-308
--------------------

Before EMILIO GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Eric Lara, Sr., Louisiana prisoner # 353026, requests leave

to proceed in forma pauperis (IFP) on appeal so that he may

challenge the district court's dismissal of his 42 U.S.C. § 1983

complaint for failure to state a claim upon which relief can be

granted.  This court must examine the basis of its jurisdiction

on its own motion if necessary.  Mosley v. Cozby, 813 F.2d 659,

660 (5th Cir. 1987).  A timely notice of appeal is a prerequisite

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to the exercise of jurisdiction by this court.  <u>Dison v. Whitley</u>, 20 F.3d 185, 186 (5th Cir. 1994).  Because Lara did not file his notice of appeal within 30 days of the entry of judgment in the instant case, this court lacks jurisdiction over the appeal. <u>Id.</u>; FED. R. APP. P. 4(a)(1)(A).

Consequently, Lara's appeal is DISMISSED for lack of jurisdiction.  Lara's motion for leave to proceed IFP on appeal is DENIED AS UNNECESSARY.